FILED 27 NOV '18 16:50 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:18-CR-00572-HZ |
| v. | INDICTMENT |
| VICTOR FARFAN-ALVAREZ, | 8 U.S.C. § 1326 |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1
(Illegal Reentry)
(8 U.S.C. § 1326)

On or about October 16, 2018, in the District of Oregon, defendant VICTOR FARFAN-ALVAREZ, an alien and citizen of Mexico, was found in the United States, having previously been arrested and denied admission, excluded, deported, and removed from the United States as an alien on June 16, 2015, defendant having knowingly and unlawfully re-entered, without the express consent of the Attorney General of the United States,

//

//

//

or his successor, the Secretary for Homeland Security, to his reapplying for admission to the United States from a place outside the United States;

 In violation of Title 8, United States Code, Section 1326(a).

Dated: November __ 2018.    A TRUE BILL.

                OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

GREGORY R. NYHUS, OSB #91384
Assistant United States Attorney